FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DSITRCIT OF FLORIDA
FORT MYERS DIVISION

2010 JUN -3  AM 11: 40

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA

ANNA SANCHEZ, ELSA AGUILERS, MARIA )
SOTO, and OTILIA HERNANDEZ, )
)
Plaintiffs, )
)
v. )    CIVIL ACTION NO.:
)    2:10-cl/-352-FtM-29DNF
BONITA SPRINGS CHARTER SCHOOL, and )
LEE CHARTER FOUNDATION, )    COMPLAINT
)    JURY TRIAL DEMAND
Defendants. )    INJUNCTIVE RELIEF SOUGHT
)
_____/

## NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of sex and retaliation, and to provide appropriate relief to Ana Sanchez, Elsa Aguilera, Maria Soto, Otilia Hernandez, who were adversely affected by such practices. As stated with greater particularity in paragraphs stated below, Plaintiffs allege that Ana Sanchez, Elsa Aguilera, Maria Soto, and Otilia Hernandez were subjected to inappropriate conduct, unlawful sexual harassment at Defendants' place of business in Bonita Springs, Florida, by the Administrator Jorge Castillo. The conduct was sufficiently severe and pervasive to constitute an intimidating, hostile and offensive work environment, and resulted in a tangible adverse employment action. Plaintiffs further allege each Plaintiffs were retaliated against by being terminated for complaining about the harassment and/or for rejecting the Administrator's sexually offensive conduct.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§1331, 1343. This action is authorized and instituted pursuant to Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII") and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Middle District of Florida, Fort Myers Division.

## PARTIES

3. Plaintiffs, Ana Sanchez, Elsa Aguilera, Maria Soto, and Otilia Hernandez, were employed by the Defendant, Bonita Springs Charter School

4. At all relevant times, Defendant Bonita Spring Charter School ("Charter School"), has continuously been a Florida Corporation doing business in the State of Florida and in the City of Bonita Spring, and has continuously had at least 15 employees.

5. Defendant, Lee Charter Foundation is the governing body of the Charter School.

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, Ana Sanchez, Elsa Aguilera, Maria Soto, and Otilia Hernandez each filed a charge with the Commission alleging violations of Title VII by Defendant Employer. All conditions precedent to the institution of this lawsuit has been fulfilled. Notice of Right To Sue, issued by U.S. Equal Employment Opportunity Commission, is attached.

7. Since at least October 2007, Defendant, Charter School and Lee Charter Foundation, have engaged in unlawful employment practices at the Bonita Springs, Florida, facility, in

violation of Section 703(a)(1) and 704(a) of Title VII, 42 U.S.C. § 2000e-2(a) and 2000e-3(a).

8. Ana Sanchez, Elsa Aguilera and Otilia Hernandez were regularly subjected to sexual harassment by the Administrator, Jorge Castillo, in the form of unwelcome verbal comments, inappropriate touching and conduct of a sexual nature which was sufficiently severe and pervasive to constitute an intimidating, hostile and offensive work environment, and which resulted in a tangible adverse employment action. The harassment included, but not limited to, inappropriate touching, repeated requests for sex and/or sexual favors.

9. Defendant Employer is liable for the unlawful sexual harassment to which they subjected Ana Sanchez, Elsa Aguilera and Otilia Hernandez during their employment.

10. Defendants, Charter School and Lee Charter Foundation, unlawfully retaliated against Ana Sanchez, Elsa Aguilera, Otilia Hernandez for complaining about and/or rejecting the Administrator's, Jorge Castillo, sexually offensive conduct. Specifically, after complaining of the Administrator's, Jorge Castillo, inappropriate sexual conduct, Defendant Employer retaliated against Ana Sanchez, Elsa Aguilera and Otilia Hernandez by terminating their employment after refusing to invite Ana Sanchez, Elsa Aguilera and Otilia Hernandez back to work at the next school year, which is the Charter School's customary practice.

11. Defendants regularly subjected Carmen Soto, age 63, to age discrimination whereby she was told by Jorge Castillo that there was "no work available," and in fact he would hire younger female employees with less experience. She was also terminated by Jorge Castillo because of her age.

12. The effect of the conduct complained of in the above paragraphs, have been to deprive Ana Sanchez, Elsa Aguilera, Otilia Hernandez and Carmen Soto of equal employment

opportunities and otherwise adversely affect her status as employee on the basis of sex retaliation.

13. The unlawful employment practices complained of in the above paragraphs were intentional.

14. The unlawful employment practices complained of in the above paragraphs, were done with malice or with reckless indifference to the federally protected rights of Ana Sanchez, Elsa Aguilera, Otilia Hernandez and Carmen Soto.

## **PRAYER FOR RELIEF**

WHEREFORE, the Plaintiffs respectfully requests that this Court:

A. Grant a permanent injunction enjoining Defendants, its officers, successor, assigns, and all persons in active concert or participation with them, from engaging in unlawful retaliation, sexual harassment, age discrimination, or/any other employment practice which discriminates on the basis of age, sex or retaliation.

B. Order Defendants to institute and carry put policies, practices, and programs which provide equal employment opportunities for all its employees regardless of age, sex, or having engaged in a protected activity, and which eradicate the effects of its past unlawful employment practices.

C. Order Defendants to make whole Ana Sanchez, Elsa Aguilera, Carmen Soto and Otilia Hernandez by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practice, including, but not limited to, reinstatement, rightful place promotion, job search expenses, and/or front pay.

D. Order Defendants to make whole Ana Sanchez, Elsa Aguilera, Carmen Soto and Otilia Hernandez by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraphs 7 through 10 above, including, but not limited to, medical expenses and out of pocket losses, in the amounts to be determined at trial.

E. Order Defendants to make whole Ana Sanchez, Elsa Aguilera, Carmen Soto and Otilia Hernandez by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 7 through 10 above, including, but not limited to, emotional pain, suffering, humiliation, inconvenience, loss of enjoyment of life, in amounts to be determined at trial.

F. Order Defendant Employer to pay Ana Sanchez, Elsa Aguilera, Carmen Soto and Otilia Hernandez punitive damages for its malicious and reckless conduct described in paragraphs 7 through 12 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

## JURY TRIAL DEMAND

The Plaintiffs requests a jury trial on all questions of fact raised by its Complaint.

Date: 6/3/10

_Edward Rosado_

Edward Rosado, Esq.
Attorney for Plaintiff, Ana Sanchez
Rosado Law Firm, P.A.
PO Box 60962
Ft. Myers, Florida 33906
Tel: (239) 985-4155
Fax: (239) 236-0498
FBN: 677329

_Victor Arias_

Victor Arias, Esq.
Attorney for Plaintiffs,
Elsa Aguilera, Maria Soto,
and Otilia Hernandez
Arias Law Firm, P.A.
3013 Del Prado Blvd, Ste 2
Cape Coral, Florida 33904
Tel: (239) 945-2121
Fax: (239) 945-7177
FBN: 0879096

EEOC Form 161-A (11/09)

## U.S. ~~.AL~~ EMPLOYMENT OPPORTUNITY COMMISSION

# NOTICE OF RIGHT TO SUE
## (CONCILIATION FAILURE)

To:   Elsa Aguilera
      18518 Quince Rd.
      Fort Myers, FL 33967

From:   Miami District Office
        2 South Biscayne Blvd
        Suite 2700
        Miami, FL 33131

☐   On behalf of person(s) aggrieved whose identity is
    CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2008-00297 | Ines Lozano, Investigator | (305) 808-1773 |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

## - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u>** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

_Deiner Franklin-Thomas,_
**Deiner Franklin-Thomas,**
**Acting District Director**

MAY 0 6 2010

EEOC Miami District Office
(Date Mailed)

cc:   **Bonita Springs Charter School**
      **c/o Brady Cobb**
      **Tripp Scott**
      **P.O. Box 14245**
      **Fort Lauderdale, FL 33302**

      **Victor M. Arias**
      **Arias Law Firm, P.A.**
      **3013 Del Prado Blvd., Ste. 2**
      **Cape Coral, FL 33904**

MAY 1 0 20

ARIAS LAW FIRM, P.A.

EEOC Form 161-A (11/09)

## U.S. ..JAL EMPLOYMENT OPPORTUNITY COMM ..JON

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

To: **Otilia Hernandez**
**P.O. Box 1077**
**Bonita Springs, FL 34135**

From: **Miami District Office**
**2 South Biscayne Blvd**
**Suite 2700**
**Miami, FL 33131**

☐ On behalf of person(s) aggrieved whose identity is
CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **510-2008-00734** | **Ines Lozano,**<br>**Investigator** | **(305) 808-1773** |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>**WITHIN 90 DAYS**</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>**more than 2 years (3 years)**</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Enclosures(s)

_____
Delner Franklin-Thomas,
Acting District Director

**MAR 2 8 2010**

~~EEOC Miami District Office~~
(Date Mailed)

cc: **Bonita Springs Charter School**
**c/o Brady Cobb**
**Tripp Scott**
**P.O. Box 14245**
**Fort Lauderdale, FL 33302**

**Victor M. Arias**
**Arias Law Firm, P.A.**
**3013 Del Prado Blvd., Ste. 2**
**Cape Coral, FL 33904**

REC'D ...

MAR 2 5 2010

ARIAS LAW FIRM, P.A.

EEOC Form 161-A (11/09)

## U.S. ⅃AL EMPLOYMENT OPPORTUNITY COMMIᴗᴉON

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

To:   Carmen Soto
      10863 Bonita Drive
      Bonita Springs, FL 34135

From:   Miami District Office
        2 South Biscayne Blvd
        Suite 2700
        Miami, FL 33131

☐   On behalf of person(s) aggrieved whose identity is
    CONFIDENTIAL (29 CFR §1601.7(a))

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2008-00730 | Ines Lozano, Investigator | (305) 808-1773 |

### TO THE PERSON AGGRIEVED:

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
#### (See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_Delner Franklin-Thomas,_
Acting District Director

MAR 3 1 2010

EEOC Miami District Office

(Date Mailed)

Enclosures(s)

cc:   **Bonita Springs Charter School**
      c/o Brady Cobb
      **Tripp Scott**
      P.O. Box 14245
      Fort Lauderdale, FL 33302

Victor M. Arias
Arias Law Firm, P.A.
3013 Del Prado Blvd., Ste. 2
Cape Coral, FL 33904

RECEIVED

APR 08 20␣␣

ARIAS LAW FIRM, P.A.

EEOC Form 161-A (11/09)

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## NOTICE OF RIGHT TO SUE
### (CONCILIATION FAILURE)

| | |
|---|---|
| To:  Ana Sanchez<br>3100 Seasons Way<br>Estero, FL 33928 | From:  Miami District Office<br>2 South Biscayne Blvd<br>Suite 2700<br>Miami, FL 33131 |

☐    *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 510-2008-02033 | Ines Lozano,<br>Investigator | (305) 808-1773 |

**TO THE PERSON AGGRIEVED:**

This notice concludes the EEOC's processing of the above-numbered charge. The EEOC found reasonable cause to believe that violations of the statute(s) occurred with respect to some or all of the matters alleged in the charge but could not obtain a settlement with the Respondent that would provide relief for you. In addition, the EEOC has decided that it will not bring suit against the Respondent at this time based on this charge and will close its file in this case. This does not mean that the EEOC is certifying that the Respondent is in compliance with the law, or that the EEOC will not sue the Respondent later or intervene later in your lawsuit if you decide to sue on your own behalf.

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

Delner Franklin-Thomas,
**Acting District Director**

Enclosures(s)

MAR 0 4 2010

**EEOC Miami District Office**

*(Date Mailed)*

cc:   **Bonita Springs Charter School**
**c/o Brady Cobb**
**Tripp Scott**
**P.O. Box 14245**
**Fort Lauderdale, FL 33302**

     **Edward Rosado**
**Rosado Law Firm, P.A.**
**P.O. Box 60962**
**Fort Myers, FL 33906**